UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EVREDIKI DEVCIC,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.
----------------------------------------------------------X

ORDER

01 CV 2575 (NG)

GERSHON, United States District Judge:

The parties' jointly-proposed briefing schedule is accepted. Defendants' are directed to serve their motion by July 29, 2005. Plaintiff's opposition is to be served by September 2, 2005, and defendants' reply is to be served by September 16, 2005. All papers must be filed by September 16, 2005, in accordance with my individual rules. No further extensions will be granted.

SO ORDERED.

NINA GERSHON
United States District Judge

Dated:    Brooklyn, New York
            June 9, 2005

1